## Original Typewriter Circular Co. v. Charles F. Buehler.

1. PRACTICE—*Verified Plea and Affidavit of Merits.*—Where the plaintiff in an action of assumpsit filed with his declaration an affidavit stating the amount due as provided by the statute, and the defendant filed a verified special plea without an affidavit of merits, a motion to strike the plea from the files because no affidavit of merits had been filed was properly sustained, and the plea having been stricken from the files, judgment was rightly entered for the plaintiff by default.

Assumpsit, on a promissory note. Appeal from the Circuit Court of Cook County; the Hon. CHARLES G. NEELY, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed December 28, 1896.

### STATEMENT OF THE CASE.

This was an action in assumpsit by appellee to recover on a note for $250. The plaintiff filed with his declaration an affidavit stating an amount due, etc., as provided by statute. A verified special plea without an affidavit of merits, was filed by the defendant. A motion was made to strike the plea from the files, because no affidavit of merits had been filed, the plea being simply sworn to. This motion was sustained, and the plea being stricken from the files, the default of the defendant was entered and judgment for the plaintiff.

JAMES M. CLEAVER, attorney for appellant.

JOHNSON & McDANNOLD, attorneys for appellee.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

Appellant insists that the character of its plea is to be determined by its conclusion, and that it is in abatement.

576    APPELLATE COURTS OF ILLINOIS.

VOL. 67.]    Dist. Grand Lodge No. 4, O. K. S. B., v. Menkin.

If this be so, yet appellant was required to file with its plea an affidavit of merits. Truesdell v. Hunter, 28 Ill. App. 292.

Not having done so, its plea was properly stricken from the files. Filkins v. Byrne, 72 Ill. 101.

The judgment of the Circuit Court is affirmed.